## MOTION AND PROCEDURAL RULINGS

**2006–0294. State v. Crager.**
Marion App. No. 9–04–54, 2005-Ohio-6868. This cause is pending before the court as an appeal from the Court of Appeals for Marion County. Upon consideration of amicus curiae Ohio Attorney General Marc Dann's motion to participate in oral argument,

It is ordered by the court that the motion is granted and the amicus shall share the time allotted to the appellant.

**2006–0298. State v. Crager.**
Marion App. No. 9–04–54, 2005-Ohio-6868. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Marion County. Upon consideration of amicus curiae Ohio Attorney General Marc Dann's motion to participate in oral argument,

It is ordered by the court that the motion is granted and the amicus shall share the time allotted to the appellant.

**2006–1025. Norfolk S. Ry. Co. v. Bogle.**
Cuyahoga App. No. 86339, 166 Ohio App.3d 449, 2006-Ohio-1540. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellees' motion to participate in oral argument,

It is ordered by the court that the motion is denied.

**2006–1086. Community Health Professionals, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2004–K–689. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the amicus curiae Ohio Hospital Association's motion to participate in oral argument,

It is ordered by the court that the motion is granted and the amicus shall share the time allotted to the appellee.

## DISCIPLINARY CASES

**2001–0370. Cleveland Bar Assn. v. Young.**
On July 18, 2001, this court permanently disbarred respondent, Leonard Young. On November 27, 2006, relator, Cleveland Bar Association, filed a motion for order to appear and show cause, requesting that the court issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to comply with the July 18, 2001 order. Upon consideration thereof,

It is ordered by this court, sua sponte, that respondent appear in person before this court at 9:00 a.m. on February 28, 2007.

**2004–1410. Dayton Bar Assn. v. Engel.**
On December 22, 2004, this court suspended respondent for a period of two years with the last six months stayed on conditions. On January 3, 2005, respondent surrendered his attorney registration card. On March 9, 2005, this court issued an order to show cause why respondent should not be found in contempt for failure to comply with the December 22, 2004, order by failing to file an affidavit of compliance. On April 18, 2005, respondent was found in contempt. On June 6, 2005, respondent filed an affidavit of compliance. This cause came on for further consideration upon the filing on January 4, 2007, of respondent's motion to purge contempt. Upon consideration thereof,

It is ordered by the court that the motion is granted, and respondent is purged of contempt of this court.